## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHN HUNTER AND BARBARA HUNTER H/W, | : No. 320 EAL 2014 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| GENERAL MOTORS CORPORATION, | : |
| SATURN CORPORATION, HOLMAN | : |
| SATURN AT ENGLISH CREEK, JOSEPH | : |
| HOLMAN, HOLMAN ENTERPRISES, | : |
| D/B/A SATURN AT ENGLISH CREEK, | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.